IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 2:17-cv-13-FL

| | | |
|---|---|---|
| P&MR of Hatteras, Inc. d/b/a Hatteras Marine Towing, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | **ORDER** |
| Charles L. Kennedy, Jr., *in personam*, and the M/V REEL DEAL, Official Number 936049, her engines, tackle, equipment, appurtenances, and gear, *in rem*. | ) ) ) ) ) ) | |
| Defendants | ) | |

This matter is before the Court on Plaintiff's Motion to Refer this matter to arbitration and to stay the proceedings. The Defendants have consented to this Motion and the parties have agreed upon a sole arbitrator, Jason Harris, Esquire, to arbitrate this matter.

IT IS THEREFORE ORDERED pursuant to the Federal Arbitration Act, 9 U.S.C. Section 1 et. seq. that this matter is hereby referred to arbitration, with Jason Harris, Esquire being the sole arbitrator and that the trial of the action is hereby stayed until such arbitration has been had in accordance with the terms of the agreement (9 U.S.C. Section 3).

This the 4th day of August, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge