IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 2:17-cv-13-FL

| | | |
|---|---|---|
| P&MR of Hatteras, Inc. d/b/a Hatteras Marine Towing, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | **MOTION TO CONFIRM ARBITRATION AWARD** |
| Charles L. Kennedy, Jr., *in personam*, and the M/V REEL DEAL, Official Number 936049, her engines, tackle, equipment, appurtenances, and gear, *in rem*. | ) ) ) ) ) ) | |
| Defendants | ) | |

NOW COMES, P&MR of Hatteras, Inc. d/b/a Hatteras Marine Towing, Plaintiff, by its attorney, Stevenson L. Weeks, and moves the Court, pursuant to the United States Arbitration Act (9 U.S.C. §1, et seq.), for an order confirming an arbitration award and entry of judgment thereon by this Court and says:

1. This is an action within the admiralty jurisdiction of the Court under 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2. The action was commenced against the Defendant, Charles L. Kennedy, Jr., *in personam* and the M/V REEL DEAL, Official Number 936049, *in rem*, specifically reserving the right to resolve the dispute pursuant to the binding arbitration clause in the contract between Plaintiff and the *in personam* Defendant, as permitted by 9 U.S.C. §8.

3. By Order dated August 4, 2017 the above matter was referred to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §1 et seq., with consent of the parties, with Jason Harris, Esquire, being the sole arbitrator.

4. The arbitration in this matter was held on Wednesday, November 8, 2017; both parties and their respective counsel were in attendance. The arbitrator received evidence from Plaintiff, Don Davis (Plaintiff's marine surveyor), Defendant, William Robinson (Defendant's marine surveyor), George Hasebe (Defendant's repairman) and numerous exhibits. Following the hearing the arbitrator attended a visit of the vessel with the Defendant and counsel for the Plaintiff in attendance.

5. The arbitrator, Jason Harris, entered his final award dated December 1, 2017, a copy of which is attached hereto as Exhibit A.

6. In the final award the arbitrator awarded the Plaintiff a salvage award of $14,250.00, with pre-judgment interest at the legal rate of 8%. Costs were awarded to the Plaintiff. The arbitrator denied the Plaintiff's request for attorney's fees.

7. The award is a complete and final determination of all claims submitted to arbitration pursuant to the contract and this Court's order. The award has not been vacated or modified since issued.

8. The award should be confirmed and suitable judgment entered by the Court so as to permit the sale of the vessel, which has been in custody since May 2, 2017 and no efforts have been made to bond said vessel.

WHEREFORE, Plaintiff respectfully moves that this Court, pursuant to the provisions of Section 9 of the United States Arbitration Act (9 U.S.C. §9), enter an Order confirming the aforementioned award of the arbitrator and granting Judgment in favor of the Plaintiff against Charles L. Kennedy, *in personam*, and the M/V REEL DEAL, Official Number 936049, *in rem*, in the amount of $14,250.00, together with interest at the rate of 8% per annum from January 1, 2017 on the principal amount of $14,250.00, plus the cost of this action, and for such other and

further relief as the Court may deem just and proper.

This the 1st day of December, 2017.

                            WHEATLY, WHEATLY, WEEKS
                            LUPTON & MASSIE, P.A.

BY:   /s/ Stevenson L. Weeks
        Stevenson L. Weeks
        Attorney for Plaintiff
        State Bar No.: 9515
        P.O. Box 360; 710 Cedar Street
        Beaufort, NC 28516
        Telephone: (252) 728-3158

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing document upon all other parties to this cause by electronically filing the foregoing with the Clerk of Court by using the CM/ECF system which will send notice to the following counsel of record:

>Justin K. Humphries
>The Humphries Law Firm, P.C.
>616 Princess St.
>Wilmington, NC 28401

This the 1st day of December, 2017.

>WHEATLY, WHEATLY, WEEKS
>LUPTON & MASSIE, P.A.
>
>BY: /s/ Stevenson L. Weeks
>Stevenson L. Weeks
>Attorney for Plaintiff
>State Bar No.: 9515
>P.O. Box 360; 710 Cedar Street
>Beaufort, NC 28516
>Telephone: (252) 728-3158