IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 2:17-cv-13-FL

| | |
|---|---|
| P&MR of Hatteras, Inc. d/b/a Hatteras Marine Towing, </br></br> Plaintiff </br></br> v. </br></br> Charles L. Kennedy, Jr., *in personam*, and the M/V REEL DEAL, Official Number 936049, her engines, tackle, equipment, appurtenances, and gear, *in rem*. </br></br> Defendants | **ORDER CONFIRMING ARBITRATION AWARD** </br> **(9 U.S.C. §9)** |

On the 1st day of December, 2017 the Plaintiff filed a Motion to Confirm the award of the arbitrator made in this matter on December 1, 2017. It appears to the satisfaction of the Court that the Court has jurisdiction over this matter and that the award of the arbitrator dated December 1, 2017 was properly made and that there is no basis for vacating, modifying or correcting that award. It also appears to the satisfaction of the Court that the arbitration award was intended to be final and binding on the parties, so that this Court has the power to confirm it under the provisions of Section 9 of the Federal Arbitration Act (9 U.S.C. §9).

THEREFORE IT IS ORDERED that:

1. The award of the arbitrator in this matter, attached as Exhibit A to the Motion to Confirm Arbitration Award, is CONFIRMED.

2. The Clerk will enter this Court's judgment on this award; and

3. Cost of suit, as taxed by the Clerk are awarded to the Plaintiff.

This the ____ day of _____, 201__.

_____
Honorable Louise W. Flanagan
United States District Court Judge