UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| P&MR of Hatteras, Inc. *doing business as* Hatteras Marine Towing<br>Plaintiff,<br><br>v.<br><br>CHARLES L. KENNEDY, JR. *In personam*<br>M/V REEL DEAL *official number 936049, her engines, tackle, equipment, appurtenances and gear, in rem*<br>Defendants. | **JUDGMENT**<br><br>No. 2:17-CV-13-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of motion by Plaintiff P&MR of Hatteras, Inc. seeking an order to confirm the arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 16, 2018, and the reasons set forth more specifically therein, the arbitration award in this matter is confirmed. Plaintiff shall recover an award of $14,250.00 from defendant. Cost plus pre-judgment interest at the legal rate (8%) are awarded to Plaintiff.

**This Judgment Filed and Entered on January 16, 2018, and Copies To:**

Stevenson L. Weeks  (via CM/ECF Notice of Electronic Filing)
Justin Kenneth Humphries  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 16, 2018 | PETER A. MOORE, JR., CLERK<br>  /s/ Sandra K. Collins<br>(By) Sandra K. Collins, Deputy Clerk |