IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 2:17-cv-13-FL

| | |
|---|---|
| P&MR of Hatteras, Inc. d/b/a Hatteras Marine Towing, ) ) ) Plaintiff ) v. ) ) Charles L. Kennedy, Jr., *in personam*, and the ) M/V REEL DEAL, Official Number 936049, ) her engines, tackle, equipment, appurtenances, ) and gear, *in rem*. ) ) Defendants ) | **ORDER TO RELEASE VESSEL** |

WHEREAS, the vessel REEL DEAL was arrested by the United States Marshal for the Eastern District of North Carolina on May 2, 2017, and

WHEREAS, the Judgment entered in this matter has been paid and satisfied in full; and

WHEREAS, the parties hereby stipulate and agree that the fees and expenses of the United States Marshal may be redeemed from the deposit heretofore provided to him by the Plaintiff.

ORDERED, that upon satisfaction of the United States Marshal's fees from the Plaintiff's deposit, the vessel REEL DEAL be released from the custody forthwith of the United States Marshal, and any funds remaining on deposit with the United States Marshal be returned to the Plaintiff.

This the 22nd day of February, 2018.

_____
Honorable Louise W. Flanagan
United States District Court Judge